# Court of Appeals
# of the State of Georgia

ATLANTA,  August 08, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2335.  FORD MOTOR COMPANY, et al. v. DONALD R. YOUNG, II, et al.**

Attorneys D. Alan Thomas and Paul F. Malek filed this direct appeal seeking to challenge the trial court's June 22, 2011 order revoking their pro hac vice admission to represent Ford Motor Company.[1]

Under OCGA § 5-6-33 (a) (1), either party in any civil case and the defendant in any criminal proceeding in the superior, state, or city courts may appeal from any sentence, judgment, decision, or decree of the court, or of the judge thereof in any matter heard at chambers. However, only a party to the case can appeal from a judgment, or one who has sought to become a party as by way of intervention and has been denied the right to do so.

(Punctuation omitted.)  *Thaxton v. Norfolk Southern Corp.*,  287 Ga. App. 347, 349 (1) (652 SE2d 161) (2007).

Here, the appellants neither were parties to the case below nor did they attempt to intervene in the action.[2]  Under these circumstances, the appellants lack standing,

---

[1] The attorneys appealed to the Supreme Court, which transferred the matter to this Court.

[2] Ford Motor Company, which settled the case, is not listed as an appellant in the notice of appeal.

and this appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _08/08/2012_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.